UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VFC PARTNERS 1 LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WOC, INC.; SIMAYOF INC.; ADI SIMAYOF; SARIT SIMAYOF; YEDIDIA SIMAYOF; and SARIT SIMAYOF-COHEN,<br><br>　　　　Defendants. | 2:11-CV-00983-PMP-CWH<br><br>ORDER |

　　　In light of the Magistrate Judge's decision that Plaintiff VFC Partners 1 LLC need not produce the amount it paid for the loans and related guaranties,

　　　IT IS ORDERED that Plaintiff VFC Partners 1 LLC's Motion in Limine No. 1 is hereby DENIED as moot.

DATED:  August 23, 2012

_____
PHILIP M. PRO
United States District Judge