UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VFC PARTNERS 1 LLC, | |
| Plaintiff, | 2:11-CV-00983-PMP-CWH |
| v. | |
| WOC, INC.; SIMAYOF INC.; ADI SIMAYOF; SARIT SIMAYOF; YEDIDIA SIMAYOF; and SARIT SIMAYOF-COHEN, | ORDER |
| Defendants. | |

Presently before the Court are Plaintiff VFC Partners 1 LLC's Motion for Summary Judgment (Doc. #31), and Defendants WOC, Inc., Simayof Inc., Adi Simayof, and Sarit Simayof Cohen's Countermotion for Summary Judgment (Doc. #50). The Court held a hearing on these motions on September 28, 2012.

Defendants do not dispute they agreed to the various loans and guaranties in the indicated amounts, that they defaulted, and that VFC made demand. However, genuine issues of material fact remain as to whether the parties reached an enforceable oral modification of the original loan and guaranty terms. See Clark Cnty. Sports Enters., Inc. v. City of Las Vegas, 606 P.2d 171, 175 (Nev. 1980); Silver Dollar Club v. Cosgriff Neon Co., 389 P.2d 923, 924-25 (Nev. 1964). The Court therefore will deny parties' cross-motions for summary judgment.

IT IS THEREFORE ORDERED that Plaintiff VFC Partners 1 LLC's Motion for Summary Judgment (Doc. #31) is hereby DENIED.

IT IS FURTHER ORDERED that Defendants WOC, Inc., Simayof Inc., Adi Simayof, and Sarit Simayof Cohen's Countermotion for Summary Judgment (Doc. #50) is hereby DENIED.

IT IS FURTHER ORDERED that this case is hereby referred to Magistrate Judge Carl W. Hoffman for a settlement conference.

IT IS FURTHER ORDERED that the parties shall file a proposed joint pretrial order on or before November 1, 2012.

DATED:  October 1, 2012

_____
PHILIP M. PRO
United States District Judge