| | |
|---|---|
| 1 | ANTHONY CIULLA, ESQ (Nevada Bar No. 5913) |
| 2 | DEANER, MALAN, LARSEN & CIULLA<br>720 S. Fourth Street, Suite 300 |
| 3 | Las Vegas, Nevada 89109<br>Telephone: (702) 382-6911 |
| 4 | Facsimile: (702) 366-0854<br>Email: aciulla@deanerlaw.com |
| 5 | |
| 6 | *PRO HOC VICE*  (has complied with L.R. IA 10-2)<br>LAW OFFICE OF SARIT SIMHAYOFF-COHEN |
| 7 | SARIT SIMHAYOFF-COHEN (CALIFORNIA STATE BAR NO. 231555)<br>1409 Sutter Street |
| 8 | San Francisco, CA  94109<br>Telephone: (415) 407-4197 |
| 9 | Facsimile: (415) 432-7057<br>Email: sarit@worldofcharms.com |
| 10 | |
| 11 | *PRO HOC VICE*  (has complied with L.R. IA 10-2)<br>LAW OFFICE OF GARY R. BOSCH |
| 12 | GARY R. BOSCH (CALIFORNIA STATE BAR NO. 212775)<br>1409 Sutter Street |
| 13 | San Francisco, CA  94109<br>Telephone: (415) 407-7716 |
| 14 | Facsimile: (415) 432-7057<br>Email: gbosch@simayof.com |
| 15 | |
| 16 | Attorneys for Defendants<br>World of Charms Inc. (formerly WOC Inc) |
| 17 | Simayof Inc., Adi Simayof, Sarit Simayof Cohen (aka Sarit Simayof) |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VFC PARTNERS 1 LLC, a Texas Limited Liability Company, | Case No. 2:11- CV-00983-PMP-CWH |
| Plaintiff, | |
| v. | **STIPULATION FOR SUBSTITUTION  OF ATTORNEYS** |
| WOC INC., d/b/a/ WORLD OF CHARMS, a Nevada corporation; SIMAYOF INC., a California corporation;   ADI SIMAYOF, an Individual; SARIT SIMAYOF, and Individual, YEDIDIA SIMAYOF, an individual, SARIT SIMAYOF COHEN, an Individual, | |
| Defendants. | |

Defendants WOC Inc. dba World of Charms Inc., Adi Simayof, Sarit Simayoff-Cohen, and Simayof Inc. submit their Stipulation for Substitution of Attorneys, stating as follows:

1. All defendants are currently represented by attorneys Anthony Cuilla of Deaner, Malan, Larsen & Cuilla, Sarit Simayoff-Cohen from the Law Office of Sarit Simhayoff-Cohen, and Gary R. Bosch from the Law Office of Gary R. Bosch.

2. Defendants respectfully request that *Pro Hac Vice* counsel Gary R. Bosch of the Law Office of Gary R. Bosch be removed as counsel of record for all defendants and removed from the CM/ECF service list for this case.

3. Defendants further respectfully request that Sarit Simhayoff-Cohen from the Law Office of Sarit Simhayoff-Cohen (current attorney of record for defendants), be substituted in as "lead counsel" for all defendants with electronic notice to the email address of sarit@worldofcharms.com

Consented by:

Dated:  October 1, 2012          SIMAYOF INC, A CALIFORNIA CORPORATION

                                 By:      /s/ Adi Simayof
                                       ADI SIMAYOF, PRESIDENT.

Dated:  October 1, 2012          WORLD OF CHARMS INC., A NEVADA CORPORATION

                                 By:      /s/ Sarit Simhayoff-Cohen
                                       SARIT SIMHAYOFF-COHEN, PRESIDENT.

Dated:  October 1, 2012
                                 By:      /s/ Adi Simayof
                                       ADI SIMAYOF, INDIVIDUAL

Dated: October 1, 2012
                                 By:      /s/ Sarit Simhayoff-Cohen
                                       SARIT SIMHAYOFF-COHEN, INDIVIDUAL

The above substitution is accepted.

Dated:  October 1, 2012                    LAW OFFICE OF SARIT SIMHAYOFF-COHEN

                                           By:     /s/ Sarit Simhayoff-Cohen
                                                   SARIT SIMHAYOFF-COHEN, ESQ.

The above substitution is consented to.

Dated:  October 1, 2012                    LAW OFFICE OF GARY R. BOSCH

                                           By:     /s/ Gary R. Bosch
                                                   GARY R. BOSCH, ESQ.


IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  October 4, 2012.