# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

VCF PARTNERS 1 LLC,

        Plaintiff,

vs.

WOC, INC., *et al.*,

        Defendants.

Case No. 2:11-cv-00983-PMP-CWH

    This matter is before the Court on the Defendants' Request for an Exception to the Attendance Requirements at the Settlement Conference for Defense Counsel, Anthony Ciulla (#67), filed October 11, 2012.  On October 2, 2012, the Court entered an order scheduling a settlement conference for 9:00 a.m. on Friday, October 26, 2012.  *See* Order (#64).  In doing so, the Court granted the parties leave to submit a request for an exception to the attendance requirements at least fourteen (14) days prior to the settlement conference.  Attorney Anthony Ciulla requests an exception because he has a prior commitment and will be out of town on October 26, 2012.  Additionally, lead counsel Sarit Simhayoff-Cohen has confirmed that he will attend the settlement conference on behalf of Defendants so Mr. Ciulla's presence as local counsel is unnecessary.  The Court finds that Mr. Ciulla has provided good cause and will grant his request for an exception.

    Based on the foregoing and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that Defendants' Request for an Exception to the Attendance Requirements at the Settlement Conference for Defense Counsel, Anthony Ciulla (#67) is **granted**.

    DATED this 15th day of October, 2012.

                                                                    _____
                                                                    C.W. Hoffman, Jr.
                                                                      United States Magistrate Judge